Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Amber Summer Marie Meadows

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMBER SUMMER MARIE MEADOWS,<br><br>Plaintiff,<br><br>vs.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: EDCV 13-1707 AGR<br><br>ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:  March 20, 2014

*alicia G. Rosenberg*

THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-1-

DATE: March 17, 2014          Respectfully submitted,

                                                 LAW OFFICES OF LAWRENCE D. ROHLFING

                                                        /s/ *Young Cho*
BY:_____
      Young Cho
      Attorney for plaintiff
      Amber Summer Marie Meadows

-2-